IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

DEC - 7 2016

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY TOMMIE STEWART,<br><br>Defendant. | CR 14-20-BLG-SPW<br><br>ORDER |

This Court received the Memorandum of the United States Court of Appeals (Doc. 40) in this matter on November 1, 2016 wherein this court's order dismissing Stewart's indictment was reversed and remanded for further proceedings. On November 28, 2016 this court received the Mandate of the United States Court of Appeals (Doc. 41).

ACCORDINGLY, the parties shall file a joint status report as to how the parties plan to proceed in this matter by **Thursday, December 15, 2016.**

DATED this 7th day of December, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1