IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-20-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | **ORDER** |
| RODNEY TOMMIE STEWART, | |
| Defendant. | |

Defendant appeared before the Court on September 21, 2021, for a detention hearing. For reasons discussed on the record, and without objection from the United States, Defendant shall be released pending the final revocation hearing of supervised release under the terms and conditions previously imposed on his Supervised Release.

DATED this 21st day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge